NELSON, Appellant, v. BURCHELL, Respondent.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by Moses Nelson against Jason Burchell.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment affirmed, with costs.

---

PADDOCK, Appellant, v. GUYDER, Respondent.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by Simon D. Paddock against Patrick Guyder.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Interlocutory judgment affirmed, with costs. See Berney v.
Drexel, 33 Hun, 34; Kennagh v. McColgan, (Sup.) 4 N. Y. Supp. 230; People
v. Hagadorn, 104 N. Y. 518, 10 N. E. 891; Railway Co. v. Robinson, 133 N.
Y. 242, 30 N. E. 1008. See 8 N. Y. Supp. 905.

---

RICHERT, Respondent, v. BACKENSTROSS, Appellant.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by Alexander Richert against John Backenstross.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Decision as stated in memorandum of HARDIN, P. J., filed
with the clerk of Onondaga. See 24 N. Y. Supp. 1009.

---

SCHMEER, Appellant, v. GASLIGHT CO. OF SYRACUSE, Respondent.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by Daniel Schmeer, as administrator, etc., against the Gaslight
Company of Syracuse.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment affirmed, with costs. See 20 N. Y. Supp 168.

---

SMITH, Respondent, v. BARNARD, Appellant.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by Seymour Smith against George Barnard.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment affirmed, with costs.

---

WALKER et al., Appellants, v. McALLISTER, Respondent.

(Supreme Court, General Term, Fourth Department. December 8, 1893.)

Action by John M. Walker and another against Arthur E. McAllister, im-
pleaded.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment and order reversed, and a new trial ordered, with
costs to abide the event. Held, (1) the court erred in receiving evidence of